# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

THOMAS E. MITCHELL,
    Petitioner,

                                  CASE NUMBER: 14-2931-JDT-dkv

TIMOTHY IRWIN, SR.
ET AL.,
    Defendants,

    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/5/16, this case is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**APPROVED:**

                                            <u>s/James D. Todd</u>
                                            JAMES D. TODD
                                            U. S. DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/Maurice Bryson**
**DEPUTY CLERK**